UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-2291-STB

United States of America

vs.

Lathosha Alexander

ORDER

A CJA appointment was recently made in the above referenced case. The attorney appointed __Henry Bell__ Esq. is a member of the CJA panel but not on the current duty roster. The justification is as follows:

_____ an attorney on the current roster was not available.

_____ an attorney on the current roster had a conflict.

__X__ other/explanation Henry Bell, Esq. previously represented the Defendant in 09-20577-CR-PCH.

DONE AND ORDERED this 9th day of April, 2009.

UNITED STATES MAGISTRATE JUDGE